## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Willie J. Zeno, Sr.
In Proper Person
133 Ambroise St.
Lafayette LA 70501

**REHEARING ACTION: March 19, 2014**

**Docket Number: 13   00920-CA**

**WILLIE J. ZENO, SR.**
**VERSUS**
**LOUISIANA ATTORNEY DISCIPLINARY BOARD**

**Appealed from Lafayette Parish Case No. C-20131984**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. James T. Genovese**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Willie J. Zeno, Sr.** has this day been

**DENIED.**

cc: David G. Sanders, Counsel for the Appellee
    Douglas G. Swenson, Counsel for the Appellee